IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-00134-LY<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-00136-LY<br><br>**JURY TRIAL DEMANDED** |

## PRE-*MARKMAN* SCHEDULING ORDER

On March 3, 2022, the parties appeared before the Court through counsel for the Initial Pretrial Conference and conferred about case management deadlines. The Court, having considered the recommendations of counsel, hereby ORDERS that the stay imposed by this Court's Order of February 16, 2022 (Doc. No. 47 in C.A. 1:22-CV-134-LY; Doc. No. 46 in C.A. 1:22-CV-136-LY) is LIFTED for the proceedings specified in this Order, and further ORDERS the following Case Management Deadlines:

1

| Case Management Deadlines | Date |
|---|---|
| Responsive Claim Construction Brief | March 10, 2022 |
| Reply Claim Construction Brief | March 24, 2022 |
| Sur-Reply Claim Construction Brief | April 7, 2022 |
| Joint Claim Construction Statement | April 14, 2022 |

IT IS FURTHER ORDERED that this case is set for a tutorial to the Court at 9:30 a.m. on May 12, 2022, Courtroom 7, 7th Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the claim construction hearing is set immediately following the tutorial on May 12, 2022.

IT IS FURTHER ORDERED that no party shall engage in any discovery other than with respect to the claim construction proceedings as described in this Order without further order of the Court, unless by agreement of the parties and approval of the Court.

SIGNED this _____ day of March, 2022.

                                                                HON. LEE YEAKEL
                                                                UNITED STATES DISTRICT JUDGE

Dated: March 3, 2022

Respectfully Submitted,

/s/ *Ryan A. Hargrave*
Paul J. Skiermont (TX Bar No. 24033073)
Steven Hartsell (TX Bar No. 240040199)
Jaime Olin (TX Bar No. 24070363)
Ryan A. Hargrave (TX Bar No. 24071516)
Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm St., Ste. 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
shartsell@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
mricketts@skiermontderby.com

Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
800 Wilshire Blvd., Ste. 1450
Los Angeles, CA 90017
Phone: (213) 788-4500
Fax: (213) 788-4545
rhwang@skiermontderby.com

J. Stephen Ravel (TX Bar No. 16584975)
Kelly Ransom (TX Bar No. 24109427)
KELLY HART & HALLMAN LLP
303 Colorado, Ste. 2000
Austin, TX 78701
Phone: (512) 495-6429
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

*Attorneys for Plaintiff*
Netlist, Inc.

Respectfully Submitted,

/s/ *Natalie Arbaugh*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Katherine Vidal
*Pro Hac Vice*
State Bar No. 194971
KVidal@winston.com
Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

                        Juan C. Yaquian
                        State Bar No. 24110559
                        JYaquian@winston.com
                        WINSTON & STRAWN LLP
                        800 Capital Street, Suite 2400
                        Houston, TX 77002
                        Telephone: (713) 651-2600
                        Facsimile: (713) 651-2700

                        *Attorneys for Defendants*
                        Micron Technology, Inc.,
                        Micron Semiconductor Products, Inc., and
                        Micron Technology Texas, LLC

Case 1:22-cv-00134-LY   Document 53   Filed 03/03/22   Page 5 of 5

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of March, 2022 the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Ryan A. Hargrave*