IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>Defendants. | Civil Action No. 1:22-cv-00134-LY<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>Defendants. | |

## PRE-*MARKMAN* SCHEDULING ORDER

On March 3, 2022, the parties appeared before the Court through counsel for the Initial Pretrial Conference and conferred about case management deadlines. The Court, having considered the recommendations of counsel, hereby ORDERS that the stay imposed by this Court's Order of February 16, 2022 (Doc. No. 47 in C.A. 1:22-CV-134-LY; Doc. No. 46 in C.A. 1:22-CV-136-LY) is LIFTED for the proceedings specified in this Order, and further ORDERS the following Case Management Deadlines:

| Case Management Deadlines | Date |
|---|---|
| Responsive Claim Construction Brief | March 10, 2022 |
| Reply Claim Construction Brief | March 24, 2022 |
| Sur-Reply Claim Construction Brief | April 7, 2022 |
| Joint Claim Construction Statement | April 14, 2022 |

IT IS FURTHER ORDERED that this case is set for a tutorial to the Court at 9:30 a.m. on May 12, 2022, Courtroom 7, 7th Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the claim construction hearing is set immediately following the tutorial on May 12, 2022.

IT IS FURTHER ORDERED that no party shall engage in any discovery other than with respect to the claim construction proceedings as described in this Order without further order of the Court, unless by agreement of the parties and approval of the Court.

SIGNED this 8th day of March, 2022.

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE