**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| NETLIST, INC., | |
| Plaintiff, | Civil Action No. 1:22-cv-00134-LY |
| v. | Civil Action No. 1:22-cv-00136-LY |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## UNOPPOSED MOTION TO FIX DEADLINE FOR RESPONSE

On April 1, 2022, Defendants Micron Technology, Inc., Micron Semiconductor Products,

Inc., and Micron Technology Texas, LLC ("Micron") filed Opposed Motions to Stay Pending *Inter*

*Partes* Review of the Asserted Patents. *See* DE 58 in the -134 cause of action and DE 59 in the -

136 cause of action. Plaintiff Netlist, Inc. ("Netlist") requested and Defendants have agreed to fix

Tuesday, April 19, 2022 as the deadline for Plaintiff's response and the deadline for Defendants'

Reply is fixed at April 26, 2022.

Dated: April 5, 2022

Respectfully submitted,

*/s/ J. Stephen Ravel*

| | |
|---|---|
| Paul J. Skiermont (TX Bar No. 24033073) | J. Stephen Ravel |
| Steven Hartsell (TX Bar No. 24040199) | Texas State Bar No. 16584975 |
| Jaime Olin (TX Bar No. 24070363) | **KELLY HART & HALLMAN LLP** |
| Ryan A. Hargrave (TX Bar No. 24071516) | 303 Colorado, Suite 2000 |
| Sheetal S. Patel (TX Bar No. 24070390) | Austin, Texas 78701 |
| SKIERMONT DERBY LLP | Tel: (512) 495-6429 |
| 1601 Elm St., Ste. 4400 | Fax: (512) 495-6401 |
| Dallas, TX 75201 | Email: steve.ravel@kellyhart.com |
| Phone: (214) 978-6600 | |
| Fax: (214) 978-6601 | *Attorneys for Plaintiff Netlist, Inc.* |
| pskiermont@skiermontderby.com | |
| shartsell@skiermontderby.com | |
| jolin@skiermontderby.com | |

rhargrave@skiermontderby.com
spatel@skiermontderby.com

Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
800 Wilshire Blvd., Ste. 1450
Los Angeles, CA 90017
Phone: (213) 788-4500
Fax: (213) 788-4545
rhwang@skiermontderby.com

## CERTIFICATE OF CONFERENCE

The undersigned certifies counsel conferred on April 5, 2022, and Defendants' counsel agreed to the relief sought. Accordingly, this Motion and the deadline requested herein are unopposed.

/s/ J. Stephen Ravel
J. Stephen Ravel

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 5, 2022.

/s/ J. Stephen Ravel
J. Stephen Ravel