IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:22-cv-00134-LY<br><br>JURY TRIAL DEMANDED |
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:22-cv-00136-LY<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF DEVON PARK IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO STAY
PENDING *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

I, Devon Park, declare as follows:

1. My name is Devon Park. I am the Vice President of Marketing and Sales Operations for Netlist, Inc., a leading innovator in high-performance memory module technologies.

2. It is by virtue of my position and involvement that I have personal knowledge of the matters set forth below.

3. Netlist has been in existence since 2000 and designs and manufactures a wide variety of high-performance products for the cloud computing, virtualization and high-performance computing markets.

4. Netlist supports customers with a wide variety of computer memory and NAND-based storage products in the client, server, and industrial markets.

5. The computer memory products Netlist offers include DDR3 and DDR4 components; Client Unbuffered and Small-Outline DIMMs; Server ECC Unbuffered, Registered, Registered Very Low Profile, Load-Reduced and Non-Volatile DIMMs; and Industrial Mini, Very Low Profile and ECC Small-Outline DIMMs.

6. The NAND-Based Storage Products Netlist offers include SATA and NVMe Solid State Drives; Industrial MicroSD Cards; and NAND components.

7. Netlist competes against Micron Technology, Inc. and others when quoting, sampling, qualifying, and shipping the above types of products.

[continued on next page]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April, 2022, in Irvine, California.

Respectfully submitted,

DEVON PARK