IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00134-LY <br><br> **JURY TRIAL DEMANDED** |
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00136-LY <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANTS' MOTION TO STAY
PENDING *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

Before the Court is Defendants' Motion to stay pending *inter partes* review of the asserted patents. After considering the same, the Court is of the opinion that the Motion should be DENIED.

**So ORDERED and SIGNED this ___ day of April, 2022**.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE