IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-00134-LY<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-00136-LY<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 5, 2022 (Dkt. 79), Plaintiff Netlist, Inc. ("Plaintiff") and Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC (collectively, "Defendants") hereby submit the following joint status report regarding pending *inter partes* review proceedings relating to the Patents-in-Suit:

　　**I.　　U.S. PATENT NO. 9,824,035 (P.T.A.B. CASE NO. IPR2022-00236)**

　　　　– On December 23, 2021, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,824,035.

　　　　– On July 19, 2022, the Board granted the Petition and trial was instituted.

　　　　– On October 11, 2022, Plaintiff submitted its Patent Owner's Response.

**II.**   **U.S. PATENT NO. 10,268,608 (P.T.A.B. CASE NO. IPR2022-00237)**

- On December 23, 2021, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.
- On July 19, 2022, the Board denied the Petition, and no trial was instituted.
- On August 12, 2022, the Defendants filed a request for rehearing and on September 16, 2022, the Board denied the request.

**III.**   **U.S. PATENT NO. 8,301,833 (P.T.A.B. CASE NO. IPR2022-00418)**

- On January 14, 2022, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,301,833.
- On September 1, 2022, the Board granted the Petition and trial was instituted.

**IV.**   **U.S. PATENT NO. 10,489,314 (P.T.A.B. CASE NOS. IPR2022-00744 AND IPR2022-00745)**

- On March 30, 2022, Defendants filed two Petitions for *Inter Partes* Review of U.S. Patent No. 10,489,314.
- The parties expect an institution decision on the petitions no later than six months from the P.T.A.B.'s filing date notice, which was accorded May 3, 2022.

| | |
|---|---|
| Dated: October 18, 2022 | Respectfully submitted, |
| /s/ Ryan A. Hargrave | /s/ Natalie Arbaugh (with permission) |
| Paul J. Skiermont (TX Bar No. 24033073) | Thomas M. Melsheimer |
| Steven Hartsell (TX Bar No. 24040199) | State Bar No. 13922550 |
| Jaime K. Olin (TX Bar No. 24070363) | TMelsheimer@winston.com |
| Ryan A. Hargrave (TX Bar No. 24071516) | Natalie Arbaugh |
| Michael D. Ricketts (TX Bar No. 24079208) | State Bar No. 24033378 |
| SKIERMONT DERBY LLP | NArbaugh@winston.com |
| 1601 Elm St., Ste. 4400 | Barry K. Shelton |
| Dallas, TX 75201 | State Bar No. 24055029 |
| Phone: (214) 978-6600 | BShelton@winston.com |
| Fax: (214) 978-6601 | WINSTON & STRAWN LLP |
| pskiermont@skiermontderby.com | 2121 N. Pearl Street, Suite 900 |
| shartsell@skiermontderby.com | Dallas, TX 75201 |
| jolin@skiermontderby.com | Telephone: (214) 453-6500 |
| rhargrave@skiermontderby.com | Facsimile: (214) 453-6400 |
| mricketts@skiermontderby.com | |
| | Michael R. Rueckheim |
| Rex Hwang (CA Bar No. 221079) | State Bar No. 24081129 |
| SKIERMONT DERBY LLP | MRueckheim@winston.com |
| 633 West 5th St., Ste. 5800 | WINSTON & STRAWN LLP |
| Los Angeles, CA 90071 | 255 Shoreline Drive, Suite 520 |
| Phone: (213) 788-4500 | Redwood City, CA 94065 |
| Fax: (213) 788-4545 | Telephone: (650) 858-6500 |
| rhwang@skiermontderby.com | Facsimile: (650) 858-6559 |
| J. Stephen Ravel (TX Bar No. 16584975) | Matthew Hopkins |
| KELLY HART & HALLMAN LLP | *Pro Hac Vice* |
| 303 Colorado, Ste. 2000 | State Bar No. 1500598 |
| Austin, TX 78701 | MHopkins@winston.com |
| Tel: (512) 495-6429 | WINSTON & STRAWN LLP |
| steve.ravel@kellyhart.com | 1901 L Street, N.W. |
| | Washington, D.C. 20036-3506 |
| *Attorneys for Plaintiff* | Telephone: (202) 282-5000 |
| Netlist, Inc. | Facsimile: (202) 282-5100 |
| | Juan C. Yaquian |
| | *Pro Hac Vice* |
| | State Bar No. 24110559 |
| | JYaquian@winston.com |
| | WINSTON & STRAWN LLP |
| | 800 Capital Street, Suite 2400 |
| | Houston, TX 77002-2925 |
| | Telephone: (713) 651-2600 |
| | Facsimile: (713) 651-2700 |

**Attorneys for Defendants
Micron Technology, Inc.,
Micron Semiconductor Products,
Inc., and Micron Technology Texas,
LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this the 18th day of October, 2022.

*/s/ Ryan A. Hargrave*