IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00134-DII <br><br> **JURY TRIAL DEMANDED** |
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00136-DII <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rules CV-7 and AT-3, Netlist, Inc.'s undersigned counsel respectfully requests that the Court enter an order withdrawing J. Stephen Ravel of Kelly Hart & Hallman LLP as counsel of record for Netlist, Inc. because Mr. Ravel recently passed away. Netlist, Inc. will continue to be represented by its other counsel of record listed below.

The granting of this Motion will not cause delay or affect any deadline in the case, and Defendants are not opposed to this Motion.

July 7, 2023

*/s/ Kelly Ransom*
Kelly Ransom (TX Bar No. 24109427)
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
kelly.ransom@kellyhart.com

Paul J. Skiermont (TX Bar No. 24033073)
Steven Hartsell (TX Bar No. 24040199)
Jaime Olin (TX Bar No. 24070363)
Ryan A. Hargrave (TX Bar No. 24071516)
Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm St., Ste. 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
shartsell@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
mricketts@skiermontderby.com

Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
633 West 5th Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4507
Fax: (213) 788-4545
rhwang@skiermontderby.com

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Netlist, Inc. Inc. conferred with Defendants' counsel, and this Motion is unopposed.

*/s/ Kelly Ransom*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 7, 2023, to all counsel of record via the Court's CM/ECF system.

*/s/ Kelly Ransom*