**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>   Defendants. | Civil Action No. 1:22-cv-00134-DII<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>   Defendants. | Civil Action No. 1:22-cv-00136-DII<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This Court, after considering Plaintiff Netlist, Inc.'s Unopposed Motion for Withdrawal of Counsel, is of the opinion that the Unopposed Motion should be **GRANTED**.

**IT IS ORDERED** that the Unopposed Motion for Withdrawal is **GRANTED,** and J. Stephen Ravel is hereby withdrawn as Plaintiff Netlist, Inc.'s counsel of record.

**SIGNED** THIS ____ day of _____ 2023.

                   _____
                   UNITED STATES DISTRICT JUDGE